FLORENCE M. MYERS, as Administratrix of the Estate of PHILIP V. MYERS, Deceased, Respondent, *v.* JAMES A. GRAY, JR., et al., Appellants.

*Myers* v. *Gray*, 146 App. Div. 923, affirmed.
(Argued March 26, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 26, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property.

*James A. Gray* and *Edward T. Hiscox* for appellants.

*J. G. Stevenson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur; CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.